SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EMILIANO CORTES-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EMILIANO CORTES-GARCIA, et. al.<br><br>　　　　　　Defendants. | CASE NO.  13-CR-00353 GEB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S DISCOVERY MOTION; [PROPOSED] ORDER** |
|---|---|

**STIPULATION**

　　　Plaintiff, United States of America, by and through its counsel of record, and defendant, EMILIANO CORTES-GARCIA, by and through his counsel of record, hereby stipulate as follows:

　　　1.　　Defendant Emiliano Cortes-Garcia filed a motion to compel discovery in this case. ECF No. 64.

　　　2.　　A hearing on the motion was held on March 17, 2016, before the Honorable Magistrate Judge Carolyn K. Delaney.  At that hearing, the parties requested that the Court continue the motion hearing until April 4, 2016, because it appeared that the parties might be able to resolve the discovery dispute.  See ECF No. 69.

　　　3.　　The parties are continuing their efforts to resolve the discovery dispute and request

1

that the motion hearing currently scheduled for April 4, 2016, be continued to April 11, 2016, at 2:00 p.m.

4. The parties acknowledge that time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, has already been excluded through April 22, 2016, by a separate order of the Court.  ECF No. 67.

5. Counsel for the government has authorized counsel for Emiliano Cortes-Garcia to sign the stipulation on his behalf.

IT IS SO STIPULATED.

DATED:	March 30, 2016

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

DATED:	March 30, 2016

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for EMILIANO CORTES-GARCIA

**O R D E R**

IT IS SO ORDERED

Dated:  March 31, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE