1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-769-8842

4
   Attorney for:
5  EMILIANO CORTES-GARCIA

6

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 13-CR-00353 GEB
12 |                    Plaintiff,       | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S**
13 | v.                                  | **DISCOVERY MOTION; [PROPOSED] ORDER**
14 | EMILIANO CORTES-GARCIA, et. al.     |
15 |                    Defendants.      |

16

17                         **STIPULATION**

18     Plaintiff, United States of America, by and through its counsel of record, and defendant,

19 EMILIANO CORTES-GARCIA, by and through his counsel of record, hereby stipulate as follows:

20     1.     Defendant Emiliano Cortes-Garcia filed a motion to compel discovery in this case.

21 ECF No. 64.

22     2.     By stipulation and order, the hearing on the motion to compel discovery was

23 continued to April 11, 2016.  See ECF No. 71.

24     3.     The parties are continuing their efforts to resolve the discovery dispute and request

25 that the motion hearing currently scheduled for April 11, 2016, be continued to April 21, 2016, at

26 2:00 p.m.

27

28
                                            1

4. The parties acknowledge that time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, has already been excluded through April 22, 2016, by a separate order of the Court.  ECF No. 67.

5. Counsel for the government has authorized counsel for Emiliano Cortes-Garcia to sign the stipulation on his behalf.

IT IS SO STIPULATED.

DATED:   April 8, 2016

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

DATED:   April 8, 2016

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for EMILIANO CORTES-GARCIA

**O R D E R**

IT IS SO ORDERED

Dated: April 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2