SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EMILIANO CORTES-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>EMILIANO CORTES-GARCIA, et. al.<br><br>               Defendants. | CASE NO.  13-CR-00353 GEB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S DISCOVERY MOTION; [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, EMILIANO CORTES-GARCIA, by and through his counsel of record, hereby stipulate as follows:

1. Defendant Emiliano Cortes-Garcia filed a motion to compel discovery in this case. ECF No. 64.

2. By stipulation and order, the hearing on the motion to compel discovery was continued to April 21, 2016.  See ECF No. 74.

3. On April 11, 2016, the government provided 6,400 pages of additional discovery to counsel for defendant Cortes-Garcia.  The additional discovery may moot Cortes-Garcia's pending discovery motion.  However, counsel for defendant Cortes-Garcia needs additional time to review

1

the 6,400 pages of new discovery to determine if it is appropriate to withdraw the pending discovery motion.

4. To allow counsel for defendant Cortes-Garcia to review the additional 6,400 pages of discovery, and to allow for said defense counsel to determine if it is appropriate to withdraw the pending discovery motion, the parties request that the motion hearing currently scheduled for April 21, 2016, be continued to May 10, 2016, at 2:00 p.m.

5. Counsel for the government has authorized counsel for Emiliano Cortes-Garcia to sign the stipulation on his behalf.

IT IS SO STIPULATED.

DATED: April 18, 2016

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

DATED: April 18, 2016

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for EMILIANO CORTES-GARCIA

**O R D E R**

IT IS SO ORDERED this 19th day of April, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE